UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**AMARI COATES**

    Plaintiff,

vs.

**CITY OF DETROIT, CITY OF DETROIT OFFICERS,
OFFICER E. LLAMAS (2546), OFFICER M. RUIZ (1187),
OFFICER ANTHONY WILLIAMS (5098), OFFICER
HILL (1095) and CPL. DAVID GARCIA (738)
in their individual and
official capacities,**

    Defendants.

Civil Action No. 2:22-cv-10378
HON: Bernard A. Friedman

_____/

| ROMANO LAW, PLLC | SARAH V. DOMIN (P79128) |
| DANIEL G. ROMANO (P49117) | CITY OF DETROIT LAW DEPARTMENT |
| Attorneys for Plaintiff | Attorneys for Defendants City, Officer Hill (1095) and Corporal Garcia (7382) |
| 23880 Woodward Avenue | Woodward Avenue, Suite 500 |
| Pleasant Ridge, MI 48069 | Detroit, MI 48226 |
| (248) 750-0270 / FAX (248) 936-2105 | (313) 237-0535 / FAX (313) 224-5505 |
| dromano@romanolawpllc.com | dominsa@detroitmi.gov |
| kshea@romanolawpllc.com | |

_____/

## STIPULATED ORDER TO FACILITATE MATTER

The parties having stipulated and agreed, through their respective counsel of record below, and the Court having been fully advised;

1

**IT IS HEREBY ORDERED** that the parties facilitate with retired Judge Amy Hathaway.

This does **not** resolve the last pending matter and does **not** close the case.

<div style="float:right">

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge

</div>

Dated:  August 11, 2022
       Detroit, Michigan

Approved as to form and substance:

| | |
|---|---|
| */s/ Daniel G. Romano* | */s/ Sara V. Domin  w/ permission* |
| Daniel G. Romano (P49117) | Sara V. Domin (P79128) |
| Attorney for Plaintiff | Attorney for Defendants |

2